ORIGINAL

DAVID B. ROSEN (7152-0)
LAUREN M. AKITAKE (8858-0)
THE LAW OFFICE OF DAVID B. ROSEN, ALC
810 Richards Street, Suite 880
Honolulu, HI 96813
Ph.: (808) 523-9393
Fax: (808) 523-9595
rosenlaw@hawaii.rr.com
lakitake@rosenlawhawaii.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 30 2011
at 5 o'clock and 49 min. P M.
SUE BEITIA, CLERK

Attorneys for Defendant PNC BANK, NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARC DAGUPION,<br><br>Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICING, LLC; NATIONAL CITY MORTGAGE CO., a subsidiary of NATIONAL CITY BANK now known as PNC BANK, NATIONAL ASSOCIATION; LOAN NETWORK LLC; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS, PARTNERSHIPS OR OTHER ENTITIES 1-10,<br><br>Defendants. | CIVIL NO.: CV11-00120 SOM-KSC<br><br>**DEFENDANT PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK'S MOTION FOR RULE 11 SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RULE 11 SANCTIONS; EXHIBITS A – B; CERTIFICATE OF COMPLIANCE WITH PAGE LIMITATIONS** |

## DEFENDANT PNC BANK, NATIONAL ASSOCIATION'S
## MOTION FOR RULE 11 SANCTIONS

Comes now Defendant PNC BANK, NATIONAL ASSOCIATION, ("PNC"), by and through its counsel, The Law Office of David B. Rosen, ALC, and respectfully moves this Court for an order of appropriate sanctions against the above-named plaintiff and his counsel, Robin R. Horner, pursuant to Rule 11 of the Federal Rules of Civil Procedure ("FRCP"). Defendant PNC requests that said sanctions include the payment to PNC of its reasonable attorney's fees and costs incurred in defending itself in this action.

This Motion is made pursuant to FRCP Rule 11, and is based upon the Memorandum of Points and Authorities in Support of Motion for Rule 11 Sanctions, attached hereto, and the pleadings, documents, and the arguments presented in this matter.

DATED: Honolulu, Hawaii, September 30, 2011.

_____
DAVID B. ROSEN
LAUREN M. AKITAKE
Attorneys for Defendant
PNC BANK, NATIONAL ASSOCIATION